# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GARY V. JENKINS,

Plaintiff,

v.

BLUE CROSS AND BLUE SHIELD OF RHODE ISLAND, *et al.*,

Defendants.

Civil Action No. 22-3660 (CKK)

## MEMORANDUM OPINION AND ORDER
(December 9, 2022)

This matter is before the Court on consideration of Plaintiff's *pro se* [1] Complaint, comprising just three sentences. Plaintiff, a citizen of Georgia, appears to allege that a health insurance company and a pharmacy, both purportedly citizens of Rhode Island, "withheld" "healthcare services" due under a policy purportedly applicable to Plaintiff. ECF No. 1. Plaintiff summarily claims a violation of the Fourteenth Amendment to the Constitution and claims $500,000,000.00 of damages. As an initial matter, "Plaintiff [] has failed to set forth a basis for this [C]ourt's subject matter jurisdiction or venue." Mem. Op. at 2, ECF No. 3, *Reyna v. Wisconsin*, 22-3231 (UNA) (D.D.C. Nov. 28, 2022) (JEB) (slip op.) (dismissing complaint *sua sponte* on Rule 8 grounds). It is entirely unclear how the United States District Court for the District of Columbia has jurisdiction or venue over a matter between a citizen of Georgia and citizens of Rhode Island. Moreover, Plaintiff's laconic complaint does not provide, pursuant to Federal Rule of Civil Procedure 8(a), "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." *See also Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004).

As such, it is hereby,

1

**ORDERED**, that the [1] Complaint and this case are **DISMISSED**.

**SO ORDERED**.

**This is a final appealable order.**

**Dated**: December 9, 2022

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge